*In re* Extensión de Términos por Motivo del 26 de Noviembre de 2004.

*Número:* EM-2004-6      *Resuelto:* 17 de noviembre de 2004

## RESOLUCIÓN

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial el día viernes, 26 de noviembre de 2004, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73) y se considerará el viernes 26 de noviembre de 2004 como si fuera un día feriado completo. Cualquier término por vencer ese día se extenderá hasta el lunes 29 de noviembre de 2004, próximo día laborable.

*Se ordena la inmediata difusión pública de esta resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*